The People of the State of New York, 
against
Delvin Lay, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Joseph J. Dawson, J.), rendered April 2, 2013, convicting him, upon his plea of guilty, of criminal contempt in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Joseph J. Dawson, J.), rendered April 2, 2013, affirmed. 
Defendant's guilty plea was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375, 382 [2015]; People v Sougou, 26 NY3d 1052, 1054-1055 [2015]). The record included a thorough and lengthy plea colloquy in which defendant, among other things, waived prosecution by information and formal allocution; admitted his guilt; stated that he was pleading guilty of his own free will; that he had consulted with his attorney about the "rights he was giving up"; that he needed no additional time for consultation with his lawyer; and that he understood that he was giving up his "right to a trial by jury." Thus, the record as a whole establishes defendant's understanding and waiver of his constitutional rights (see Boykin v Alabama, 395 US 238 [1969]), despite the absence of a full enumeration of all the rights waived during the course of the allocution (see People v Sougou, 26 NY3d at 1054; People v Simmons, 138 AD3d 520 [2016], lv denied 27 NY3d 1139 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 16, 2017